COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:  01-18-00051-CV

Style:  In the interest of R.A.J., C.A.J., and G.G.J.


The Appellee has objected to mediation. The Court's mediation order dated August 15, 2018 is withdrawn.

Judge's signature: /s/ Michael Massengale
                   Acting individually



Date:  August 24, 2018

---

\*  Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).